**FILED**
CLERK, U.S. DISTRICT COURT

10/26/2022

**CENTRAL DISTRICT OF CALIFORNIA**
BY: _____ AP _____ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

April 2022 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA, | ED CR **5:22-cr-00242-FWS** |
| Plaintiff, | I N D I C T M E N T |
| v. | [21 U.S.C. §§ 841(a)(1), (b)(1)(A)(viii): Distribution of Methamphetamine] |
| AARON VILLALOBOS, | |
| Defendant. | |

The Grand Jury charges:

[21 U.S.C. §§ 841(a)(1), (b)(1)(A)(viii)]

On or about August 23, 2022, in Riverside County, within the Central District of California, defendant AARON VILLALOBOS knowingly and intentionally distributed at least fifty grams, that is,

///

///

1   approximately 2,232 grams, of methamphetamine, a Schedule II

2   controlled substance.

3                                    A TRUE BILL

4

5                                    /s/
                                     _____
6                                    Foreperson

7   E. MARTIN ESTRADA
    United States Attorney
8

9

10  SCOTT M. GARRINGER
    Assistant United States Attorney
11  Chief, Criminal Division

12  SEAN D. PETERSON
    Assistant United States Attorney
13  Chief, Riverside Branch Office

14  MITCHELL M. SULIMAN
    Assistant United States Attorney
15  Riverside Branch Office

16

17

18

19

20

21

22

23

24

25

26

27

28