1   CUAUHTEMOC ORTEGA (Bar No. 257443)
    Federal Public Defender
2   MICHAEL A. SCHACHTER (Bar No. 298610)
    (E-Mail: Michael_Schachter@fd.org)
3   Deputy Federal Public Defender
    411 West Fourth Street, Suite 7110
4   Santa Ana, California 92701-4598
    Telephone: (714) 338-4500
5   Facsimile: (714) 338-4520

6   Attorneys for Defendant
    *Aaron Villalobos*
7

8                    **UNITED STATES DISTRICT COURT**

9                   **CENTRAL DISTRICT OF CALIFORNIA**

10                        **SOUTHERN DIVISION**

11

12   UNITED STATES OF AMERICA          Case No.  CR 22-00242-FWS

13          Plaintiff,

14       v.                            **NOTICE OF REASSIGNEMNT OF**
                                       **FEDERAL PUBLIC DEFENDER**
15   AARON VILLALOBOS

16          Defendant.

17

18       Notice is hereby given that the above-mentioned case has been reassigned to

19   Deputy Federal Public Defender Michael Schachter, for all further proceedings.

20       Please make all necessary changes adding Deputy Federal Public Defender

21   MICHAEL SCHACHTER and removing Deputy Federal Public Defender Adam Olin

22   from the court's case management/electronic filing system in this case.

23                                  Respectfully submitted,

24

25                                  CUAUHTEMOC ORTEGA
26                                  Federal Public Defender

27

28   DATED: December 28, 2022    By  */s/ Michael Schachter*
                                  MICHAEL SCHACHTER
                                  Deputy Federal Public Defender